# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Germantown Cab Company, : 
                       Petitioner : 
                               : 
     v. : 
                               : 
Philadelphia Parking Authority, : 
                       Respondent :     No. 586 M.D. 2014

**PER CURIAM**                      **O R D E R**

      NOW, January 12, 2016, having considered petitioner's application for reconsideration and reargument and respondent's response thereto, the application is denied.